UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DONNA WILDER                                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:08CV445 DPJ-JCS

GANESH, LLC & KAUSHIK PATEL                                                          DEFENDANTS

JUDGMENT

For the reasons given in the order entered in this cause on this day, granting Defendants' motion for summary judgment,

IT IS HEREBY ORDERED that Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2009.

                                                 s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE